UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0531M-01 (CR) |
| **ANITA BEALLE,** | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| **Defendant.** | : | and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §856(a)(2) |
| | : | (Unlawful Maintenance of a Premises to |
| | : | Manufacture, Distribute, Store and Use a |
| | : | Controlled Substance) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about November 2, 2007, within the District of Columbia, **ANITA BEALLE** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

### **COUNT TWO**

On or about November 2, 2007, within the District of Columbia, **ANITA BEALLE** as the owner, lessee, and agent of a building, room and enclosure, that is, 602 Morton Street, N.W.,

Apartment # 33, Washington, D.C., did unlawfully, knowingly, and intentionally manage, control, open, and maintain said building, room, and enclosure for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

>(**Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia.