UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          Criminal No. 07-333 (HHK)

v.

ANITA BEALLE,
        Defendant.

**FILED**
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

1. For approximately four years preceding November 2, 2007, the defendant, Anita Bealle, leased and lived in Apartment _____ Northwest Washington, D.C. Sometime in 2007, however, the defendant began knowingly and intentionally permitting others to sell illegal narcotics from Apartment

2. On November 1, 2007, an informant working for the Metropolitan Police Department ("MPD") bought $20 worth of cocaine base from a male who was inside of Apartment 33. The defendant had knowingly and intentionally permitted that male to sell narcotics from her apartment.

3. On November 2, 2007, MPD members executed a search warrant at Apartment 33, and recovered, among other things, the following items from the residence: a clear ziplock bag containing 26.5 grams of cocaine base (this item was in plain view on a chair in a bedroom, located next to a scale); approximately 24 grams of cocaine (which was found in a container in the same bedroom); and drug paraphernalia, including the scale, a razor blade, empty ziplock bags, and plastic gloves. The defendant knowingly and intentionally permitted these narcotics and drug paraphernalia

1

to be stored in her apartment, and knew that the cocaine base and cocaine were going to be distributed either from her apartment or elsewhere.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the Government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charge of Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance, in violation of 21 U.S.C. Section 856(a)(2).

                                      Respectfully submitted,

                                      Jeffrey A. Taylor
                                      United States Attorney
                                      DC Bar No. 498610

By:      /s/ Gregory G. Marshall
            Gregory G. Marshall
            Assistant United States Attorney
            CT Bar No. 409959
            (202) 353-7557
            gregory.marshall@usdoj.gov

### Defendant's Acceptance

    I have read the Proffer of Evidence setting forth the facts as to my conduct involving the charge of Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance, in violation of 21 U.S.C. Section 856(a)(2). I have discussed this proffer fully with my attorney, Carlos Vanegas, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to fully understand this proffer.

Date: Feb. 27/08

Anita Bealle
Defendant

### Attorney's Acknowledgment

    I have read each of the pages constituting the Government's Proffer of Evidence as to the charge against my client, Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance, in violation of 21 U.S.C. Section 856(a)(2). I have reviewed the entire proffer with my client and have fully discussed it with her.

Date: 2/27/08

Carlos Vanegas, Esquire
Counsel for Anita Bealle

3