HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-CR-333 |
| vs. | : | SSN: |
| BEALLE, Anita | : | Disclosure Date: April 15, 2008 |

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
  [X] There are no material/factual inaccuracies therein.
  ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_D. Marshall_                                                  _4/22/08_
**Prosecuting Attorney**                                              **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
  ( ) There are no material/factual inaccuracies therein.
  ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____
**Defendant**               **Date**              **Defense Counsel**         **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 28, 2008**, to U.S. Probation Officer **Crystal Lustig**, telephone number **(202) 565-1425**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer